NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHANNAVJJALA M. PRASAD,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2016-2267

---

Petition for review of the Merit Systems Protection Board in No. DC-0831-14-1114-I-2.

---

**JUDGMENT**

---

E. JOHN STEREN, Epstein Becker & Green, P.C., Washington, DC, argued for petitioner.

MICHAEL ANTHONY RODRIGUEZ, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ALLISON KIDD-MILLER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 15, 2017 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |